IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IDA FAYE PARKER, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv67 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| NATIONAL RURAL ELECTRIC : | |
| COOPERATIVE ASSOCIATION GROUP : | |
| BENEFITS PROGRAM, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on September 23, 2008(Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 14, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion for judgment on the administrative record of National Rural Electric Cooperative Association Group Benefits Program (Doc. 8) and Plaintiff's cross motion for Judgment on the Administrative Record (Doc. 13) is DENIED.

This matter is REMANDED for further consideration of any and every duty pertaining to Plaintiff's occupation as a cashier/customer service representative with Adams Rural Electric Cooperative, Inc.

IT IS SO ORDERED.

						____Susan J. Dlott_____
						Susan J. Dlott
						United States District Judge